UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| SASO GOLF, INC. | ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 08 C 1110 |
| v. | ) ) | Judge Blanche M. Manning |
| NIKE, INC., | ) ) | Magistrate Judge Nan R. Nolan |
| Defendant. | ) ) ) | JURY TRIAL DEMANDED |

### SASO GOLF, INC.'S AGREED MOTION
### FOR LEAVE TO AMEND ITS COMPLAINT

**Introduction**

Pursuant to the agreement of the parties and Federal Rule of Civil Procedure 15(a)(2), Saso Golf, Inc. ("Saso Golf") moves the Court for leave to file an amended complaint. A copy of the proposed Amended Complaint is attached as Ex. A. The Amended Complaint makes clear that Saso Golf is asserting only claim 7 of U.S. Patent No. 4,645,495 against Defendant Nike, Inc. ("Nike"). Counsel for Saso Golf and Nike have consulted and have agreed to Saso Golf's amending its complaint as set forth. In addition, Counsel for Nike has agreed that it will file an amended answer affirmative defenses and counterclaims that alleges no additional defenses or counterclaims against claim 7 of the '495 Patent that Nike alleged in its Answer, Affirmative Defenses and Counterclaim of April 11, 2008.

Accordingly, Saso Golf respectfully requests that the Court grant its Agreed Motion for Leave to Amend Its Complaint.

SASO GOLF, INC.

Dated: July 27, 2009	By:	s/Mark K. Suri
One of its attorneys
James D. Ryndak, #2435942
*ryndak@ryndaksuri.com*
Mark K. Suri, #6199636
*suri@ryndaksuri.com*
Eric H. Weimers, #6205977
*weimers@ryndaksuri.com*
**RYNDAK & SURI LLP**
200 West Madison Street
Suite 2100
Chicago, Illinois 60606
Tel: (312) 214-7770
Fax: (312) 214-7715

**CERTIFICATE OF SERVICE**

      I, Mark K. Suri, an attorney, hereby certify that a true and correct copy of the foregoing document entitled SASO GOLF'S, INC.'S AGREED MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF System on July 27, 2009. By operation of the Court's CM/ECF System, notice of this filing will be sent to the following registered filing users of the CM/ECF System, as listed on the Court's Notice of Electronic Filing:

        Christopher J. Renk (06199012)
        *crenk@bannerwitcoff.com*
        Erik S. Maurer (06275467)
        *emaurer@bannerwitcoff.com*
        Katherine L. Fink (06292806)
        *kfink@bannerwitcoff.com*
        **BANNER & WITCOFF, LTD.**
        10 S. Wacker Drive, Suite 3000
        Chicago, Illinois 60606
        Telephone: (312) 463-5000
        Facsimile: (312) 463-5001

        /s/Mark K. Suri
        Mark K. Suri