UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Saso Golf, Inc.
                          Plaintiff,

v.                                         Case No.: 1:08−cv−01110
                                                        Honorable Edmond E. Chang

Nike, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 19, 2011:

      MINUTE entry before Honorable Edmond E. Chang: Status hearing held. Leave of court is given to the parties to file a motion to clarify the memorandum opinion and order [119] entered by Judge Harry D. Leinenweber on 11/1/2010. Cross opening briefs to be filed by 2/9/2011. Cross responses to be filed by 2/23/2011.Status hearing set for 3/16/2011 at 8:30a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.