# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SASO GOLF, INC. | ) | |
| | ) | Civil Action No. 08 C 1110 |
| Plaintiff, | ) | |
| v. | ) | Judge Andrea R. Wood |
| | ) | |
| NIKE, INC., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:    Individuals on CM/ECF List

PLEASE TAKE NOTICE that on the 9th day of December 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Andrea R. Wood or any judge sitting in her stead, in Courtroom 1725 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois 60604, and then and there present Saso Golf's Motion to Reassign Case, or in the Alternative, Transfer Pending Claim Construction Cross-Motions for Clarification.

Dated:  December 3, 2013

Respectfully submitted,

/s/Mark K. Suri
Mark K. Suri (6199636)
James D. Ryndak (2435942)
Eric H. Weimers (6205977)
**RYNDAK & SURI LLP**
200 West Madison St. Suite 2100
Chicago, Illinois 60606
Tel:  (312) 214-7770
Fax:  (312) 214-7715

Adam K. Mortara (6282005)
Hamilton H. Hill (6275123)
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**

54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
Tel: (312) 494-4400
Fax: (312) 494-4440

Attorneys for Plaintiff Saso Golf, Inc.

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was filed electronically on this 3rd day of December, 2013, in compliance with this Court's rules through the CM/ECF System on all counsel who have registered with such service.

                                              /s/ Mark K. Suri
                                              Mark K. Suri