## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SASO GOLF, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-cv-01110 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| NIKE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

    Plaintiff Saso Golf, Inc. has filed a Request for Entry of Final Judgment [220], in which it informs the Court that it has decided not to pursue a motion for reconsideration of the claim construction rulings at Docket Entries 170 and 218. Instead, Plaintiff Saso Golf, Inc. requests that the Court proceed to enter Final Judgment consistent with the rulings, which concluded that the patent at issue in this case (U.S. Patent No. 5,645,495) is invalid for indefiniteness. Accordingly, the Clerk is directed to enter Final Judgment in favor of Defendant Nike Inc. and against Plaintiff Saso Golf, Inc. All other pending motions and hearing dates are stricken. Civil case terminated.

Dated: January 6, 2020

                                                                       Andrea R. Wood
                                                                       United States District Judge